Christine A. Morano (SBN 354868)
LAW OFFICES OF JON JACOBS
One Ridgegate Dr., Suite 245
Temecula, CA 92590
Telephone: (916) 663-6400
Facsimile: (916) 663-6500
christine@lemonbuyback.com

Attorneys for Plaintiff
MELISSA G. MELESIO MONTOYA

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA G. MELESIO MONTOYA,<br>Plaintiff,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No.: 2:26-cv-02359-DJC-AC<br><br>**ORDER GRANTING PLAINTIFF'S DISMISSAL OF PLAINTIFF'S FIFTH AND SIXTH CAUSES OF ACTION** |

This Court, having considered Plaintiff Melissa G. Melesio Montoya's and Defendant Ford Motor Company's Stipulation for Dismissal of Plaintiff's Fifth and Sixth Causes of Action Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that Plaintiff's fifth and sixth causes of action alleged in Plaintiff's Complaint are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all remaining causes of action in Plaintiff's complaint shall proceed.

IT IS SO ORDERED.

Dated: August 20, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE