**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA G. MELESIO MONTOYA,<br>Plaintiff,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No.: 2:26-cv-02359-DJC-AC<br>CV-26-004109<br><br>**REMAND ORDER** |

Before the Court is Plaintiff's Motion to Remand (ECF No. 10). Defendant removed this action from Stanislaus County Superior Court based on federal question jurisdiction. The Parties have stipulated to, and the Court has granted, dismissal of Plaintiff's federal law claims against Defendant, leaving only Plaintiff's state law claims at issue in this case. (ECF No. 12; ECF No. 13.) Plaintiff thus moves to remand based on lack of federal question jurisdiction. Defendants have filed a Statement of Non-Opposition to Plaintiff's Motion to Remand which does not dispute that the Court lacks federal question jurisdiction. (ECF No. 15.) In light of the Parties' agreement, as well as the dismissal of all of Plaintiff's federal causes of action, the Court finds that it lacks federal question jurisdiction over this case.

Accordingly, Plaintiff's Motion to Remand (ECF No. 10) is GRANTED. The Clerk of Court is directed to REMAND this case to the Superior Court of California, County of Stanislaus, serve a copy of this order on the superior court, and close this case.

Dated: September 9, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE